In the Matter of the Petition of John E. Walters and Constance M. Walters. John E. Walters and Constance M. Walters, Petitioners-Appellants, v. Elma Coleman, Defendant-Appellee; Ronald M. Coleman, Defendant-Appellant.

Gen. No. 47,929.

First District, First Division.

July 1, 1960.

Rehearing denied August 15, 1960.

Herbert C. De Young and Gabriel J. Aprati, of Chicago, for appellants; Sullivan, Jeffers, and Doheny, of Chicago (James J. Doheny, of counsel) for appellee. Opinion by JUSTICE BURMAN. **Not to be published in full.**